UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY STEPHEN McMANUS,<br><br>    Petitioner,<br><br>    v.<br><br>W.J. SULLIVAN,<br><br>    Respondent. | Case No. CV 17-6057 SJO(JC)<br><br>JUDGMENT |

In accordance with this Court's Order (1) Re "Mixed" Nature of Petition and Petitioner's Failure to Elect Option; (2) Granting Motion to Dismiss and Dismissing Petition and Action; and (3) Directing Clerk to Enter Judgment Accordingly, IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed.

IT IS SO ADJUDGED.

DATED: August 30, 2018.

*S. James Otero*

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE